01
02
03
04
05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  DANNA SEARCY                          )
                                          )   CASE NO. C14-5322-RJB-JLW
08          Plaintiff,                    )
                                          )
09       v.                               )   ORDER AFFIRMING
                                          )   COMMISSIONER
10  CAROLYN W. COLVIN, Acting             )
    Commissioner of Social Security,      )
11                                        )
            Defendant.                    )
12  _____ )

13       The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, plaintiff's objections, and the Report and Recommendation of

15  United States Magistrate Judge John L. Weinberg.   It is therefore ORDERED:

16       (1)     In her objections, plaintiff maintains that the Report and Recommendation was

17  in error because (A) both the Report and Recommendation and the ALJ ignored the objective

18  evidence of annular tears and facet arthropathy, improperly relied on a non-physician record

19  reviewer instead of the findings of an orthopedist, and failed to properly evaluate MRI results;

20  (B) there was no affirmative evidence of malingering; and (C) plaintiff's daily activities did not

21  show that she had the ability to sustain work, given that there was hard objective evidence of

22  annular tears and comprehensive lumbar facet arthropathy.   Dkt. 24.

ORDER AFFIRMING COMMISSIONER
PAGE -1

The court agrees with the magistrate judge who concluded that the ALJ did not err in assessment of plaintiff's credibility regarding her symptom severity and residual functional capacity.   The Report and Recommendation carefully analyzed plaintiff's claims; the court agrees with that analysis.   The Court adopts the Report and Recommendation;

(2)   The Court AFFIRMS the decision of the Commissioner; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 23rd day of December, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge